IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Claimant Kimberly M. Hanna moves this Court for an order appointing William A. Poore, Esq. as *guardian ad litem* in this matter, to review and report to the Court on the settlement that has been reached between the parties.

The basis for this motion is more fully set forth in the accompanying Memorandum of Law.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.,** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203; and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117on the 3rd day of June, 2005.

Avery P104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | C.A. NO. 01-588 S |

**MEMORANDUM IN SUPPORT OF CLAIMANT'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

During a mediation conducted on January 17 and 18, 2005, the parties reached a settlement of all claims of Claimant Kimberly M. Hanna, as guardian of James M. Avery, against Petitioner. As part of that settlement, the parties agreed to the appointment of a guardian *ad litem* to review the settlement and report to the Court on it, in the context of a motion to be filed by Claimant seeking the Court's approval of the settlement.

Claimant now requests that William A. Poore, Esq., an attorney experienced in both litigation and mediation, be appointed as guardian *ad litem* to review the settlement and report on it to this Court. Mr. Poore is particularly well suited to perform this task, because he has extensive experience as a litigator, including in personal injury claims, and has served as a mediator in a wide range of litigation matters, including many serious personal injury claims. Moreover, Mr. Poore served as the mediator in this case, which gives him extensive knowledge and insight into the issues in the case and the terms of the settlement.

Because of the injuries he has suffered, James Avery is unable to make decisions for himself, and his mother has been appointed as his plenary guardian by the Probate Division of the Circuit Court in and for Okaloosa County, Florida. Under these

circumstances, it is appropriate to have an independent guardian *ad litem* appointed, for purposes of independently reviewing the settlement that has been reached and reporting to the Court on the various aspects of that settlement. See Julian v. Zayre Corporation, 120 R.I. 494, 388 A.2d 813 (1978) (usual procedure for protecting rights of a minor is to appoint a guardian *ad litem* to review proposed settlements). Such an independent review and evaluation of the terms of the settlement will insure that the rights of James Avery in regards to the settlement are protected.

For these reasons, Claimant requests that Mr. Poore be appointed as guardian *ad litem,* for the purposes of reviewing and reporting to the Court on the settlement that has been reached between the parties.

Respectfully submitted,

KIMBERLY M. HANNA
By her attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.,** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203; and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117on the 3rd day of June, 2005.

Avery P105