IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT KIMBERLY M. HANNA'S SECOND MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL STIPULATION**

Claimant Kimberly M. Hanna moves this Court for an order extending to July 1, 2005 the time in which a dismissal stipulation must be filed pursuant to Local Rule 22(b). In support of this motion, Claimant states as follows:

1. A mediation conducted on January 17 and 18, 2005 resulted in agreement by the parties on a settlement of all of claimant's claims against petitioner;

2. Claimant has recently obtained an estimate of the amount required for a Medicare set aside, which was referenced previously in paragraph 3 of Claimant Kimberly M. Hanna's Motion for Extension of Time to File Dismissal Stipulation. Before the settlement can be finalized, this estimate must be submitted to the Department of Health and Human Services Centers for Medicare and Medicaid Services ("CMS") for approval. Clifford Pierce, the Assistant Regional Counsel for the Department of Health and Human Services, who has previously appeared before the Court in this case, has represented to the undersigned that he will expedite the review process, which will eliminate what otherwise could be a lengthy delay. Claimant is in the process of preparing the set aside proposal for submission to CMS, and expects to be able to transmit it to Mr. Pierce in a matter of days.

3. Claimant will shortly file a motion seeking appointment of William A. Poore, Esq. as guardian *ad litem* for James Avery, to review the terms of the settlement and report to the Court on the merits of the proposed settlement. Mr. Poore served as the mediator who assisted the parties in reaching the proposed settlement, and is familiar with the case.

4. The requested extension for filing of the dismissal stipulation is necessary to provide Claimant with the time necessary to obtain approval of the proposed Medicare set aside, to allow Mr. Poore to review the terms and structure of the proposed settlement, and to submit the settlement to this Court for approval.

WHEREFORE, Claimant requests that the time in which the dismissal stipulation must be filed be extended to July 1, 2005.

GRANTED
William E. Smith
U.S. District Judge
6/16/05

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641