**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

Claimant Kimberly M. Hanna moves this Court for an order appointing William A. Poore, Esq. as *guardian ad litem* in this matter, to review and report to the Court on the settlement that has been reached between the parties.

The basis for this motion is more fully set forth in the accompanying Memorandum of Law.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

GRANTED
William E. Smith
U.S. District Judge
6/22/05