**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT KIMBERLY M. HANNA'S THIRD MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL STIPULATION**

Claimant Kimberly M. Hanna moves this Court for an order extending to August 31, 2005 the time in which a dismissal stipulation must be filed pursuant to Local Rule 22(b). In support of this motion, Claimant states as follows:

1. A mediation conducted on January 17 and 18, 2005 resulted in agreement by the parties on a settlement of all of Claimant's claims against Petitioner;

2. On June 2, 2005, Claimant submitted a proposal for a Medicare set aside to the Department of Health and Human Services Centers for Medicare and Medicaid Services ("CMS") for approval, and the proposal is currently being reviewed by CMS officials. The settlement cannot be finalized until CMS approves the proposed set aside. Clifford Pierce, the Assistant Regional Counsel for the Department of Health and Human Services, who has previously appeared before the Court in this case, has represented to the undersigned that he will expedite the review process, but Claimant does not know how long it will take for CMS to complete its review.

3. William A. Poore, Esq. was recently appointed by this Court as guardian *ad litem* for James Avery, to review the terms of the settlement and report to the Court on

the merits of the proposed settlement. Claimant is in the process of providing various documents and settlement-related materials to Mr. Poore for his review.

4. The requested extension for filing of the dismissal stipulation is necessary to provide Claimant with the time necessary to obtain CMS approval of the proposed Medicare set aside, for Mr. Poore to review the terms and structure of the proposed settlement, and to submit the settlement to this Court for approval.

WHEREFORE, Claimant requests that the time in which the dismissal stipulation must be filed be extended to August 31, 2005.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.,** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203; and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 28th day of June, 2005.

Avery P106