IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT KIMBERLY M. HANNA'S**
**FOURTH MOTION FOR EXTENSION OF TIME**
**TO FILE DISMISSAL STIPULATION**

Claimant Kimberly M. Hanna moves this Court for an order extending to October 31, 2005 the time in which a dismissal stipulation must be filed pursuant to Local Rule 22(b). In support of this motion, Claimant states as follows:

1. A mediation conducted on January 17 and 18, 2005 resulted in agreement by the parties on a settlement of all of Claimant's claims against Petitioner;

2. On June 2, 2005, Claimant submitted a proposal for a Medicare set aside to the Department of Health and Human Services Centers for Medicare and Medicaid Services ("CMS") for approval, and the proposal is currently being reviewed by CMS officials. The settlement cannot be finalized until CMS approves the proposed set aside. The undersigned recently spoke with the CMS official in Boston who is conducting the review. He indicated that his review would likely be completed by August 19, and the other CMS official who would also have to review the proposed set aside could complete his review about one week thereafter.

3. Therefore, assuming CMS approval of the set aside, Claimant anticipates that the settlement could be presented to the Court for approval by motion filed in early

September. The current proposed extension to October 31, 2005 would allow sufficient time to schedule and conduct a hearing on the settlement.

WHEREFORE, Claimant requests that the time in which the dismissal stipulation must be filed be extended to October 31, 2005.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

Vincent Hanna for John S. Foley

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

# CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.,** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203; and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 9th day of August, 2005.

Avery P107