IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT KIMBERLY M. HANNA'S FOURTH MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL STIPULATION**

Claimant Kimberly M. Hanna moves this Court for an order extending to October 31, 2005 the time in which a dismissal stipulation must be filed pursuant to Local Rule 22(b). In support of this motion, Claimant states as follows:

1. A mediation conducted on January 17 and 18, 2005 resulted in agreement by the parties on a settlement of all of Claimant's claims against Petitioner;

2. On June 2, 2005, Claimant submitted a proposal for a Medicare set aside to the Department of Health and Human Services Centers for Medicare and Medicaid Services ("CMS") for approval, and the proposal is currently being reviewed by CMS officials. The settlement cannot be finalized until CMS approves the proposed set aside. The undersigned recently spoke with the CMS official in Boston who is conducting the review. He indicated that his review would likely be completed by August 19, and the other CMS official who would also have to review the proposed set aside could complete his review about one week thereafter.

3. Therefore, assuming CMS approval of the set aside, Claimant anticipates that the settlement could be presented to the Court for approval by motion filed in early

September. The current proposed extension to October 31, 2005 would allow sufficient time to schedule and conduct a hearing on the settlement.

WHEREFORE, Claimant requests that the time in which the dismissal stipulation must be filed be extended to October 31, 2005.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

GRANTED

William E. Smith
U.S. District Judge
8/30/05