FILED
SEP 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME.

C. A. No.: 01-588 S

**CLAIMANT'S MOTION
TO EXCEED PAGE LIMITATIONS
SET FORTH IN GENERAL ORDER 2002-01**

Claimant Kimberly M. Hanna hereby moves this Court for an order, pursuant to General Order 2002-01, permitting her to exceed the page limitations set forth in said Order with respect to her memorandum and exhibits to be submitted in support of a motion to approve a settlement she has reached with petitioner. In support of this motion, claimant states that she anticipates filing a motion in the near future seeking this Court's approval of settlement of her son and ward James M. Avery's injury claims against petitioner. The proposed documentation of the settlement that she intends to submit to this Court for review, including the release, dismissal stipulations, supplemental needs trust, and documents related to a Medicare Set Aside Arrangement, exceed the limit of 5 pages set forth in General Order 2002-01.

For these reasons, Mrs. Hanna respectfully requests permission to exceed the page limitations set forth in General Order 2002-01.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

Granted
WAM
USDJ
9/26/05

John S. Foley Bar No. 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas Clinton, Esq. and Kenneth Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts, II, Esq.** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203, and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 21st day of September, 2005.

Avery/P0111