FILED NOV 1 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME.**

**CIVIL ACTION NO: 01-CV-588-S**

**PETITIONER'S MOTION TO EXTEND THE TIME FOR SUBMITTING ITS OPPOSITION MEMORANDUM TO CLAIMANT'S MOTION TO APPROVE SETTLEMENT**

Now comes the Petitioner, RJF International Corporation, in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully requests this Honorable Court for an extension to November 14, 2005 to submit its Opposition to Claimant's Motion to Approve Settlement. In support thereof, the Petitioner states that the additional time is requested in order to discuss the supplemental needs Trust with the Claimant and Petitioner's consultant. In addition, the parties have not reached an agreement on the terms and language of the Settlement Agreement and Release.

Accordingly, the Petitioner requests an extension to November 14, 2005 to file its Opposition to Claimant's Motion to Approve Settlement.

**WHEREFORE**, the Petitioner, RJF International, Inc., respectfully requests this Honorable Court for an

extension to November 14, 2005 to file its Opposition to Claimant's Motion to Approve Settlement.

By its attorney,

**CLINTON & MUZYKA, P.C.**

Thomas E. Clinton
Robert E. Collins
BBO NO: 2951
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

GRANTED

William E. Smith
U.S. District Judge
11/1/05

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 10-31-05