**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME.

C. A. No.: 01-588 S

**CLAIMANT'S MOTION TO EXCEED PAGE LIMITATIONS SET FORTH IN GENERAL ORDER 2002-01**

Claimant Kimberly M. Hanna hereby moves this Court for an order, pursuant to General Order 2002-01, permitting her to exceed the page limitations set forth in said Order with respect to a reply memorandum and exhibit to be submitted in further support of her motion to approve a settlement she has reached with petitioner. In support of this motion, claimant states that she intends to file a reply memorandum responding to issues raised by petitioner in its "opposition" to claimant's motion to approve the settlement. Since claimant filed her motion, there have been some minor changes to the supplemental needs trust being proposed as part of the settlement, and claimant seeks leave to attach this 21-page document as an exhibit to her reply memorandum, in order that the trust document in its final proposed form be part of the record of claimant's motion.

For these reasons, Mrs. Hanna respectfully requests permission to exceed the page limitations for exhibits to memoranda set forth in General Order 2002-01.

CLAIMANT
KIMBERLY M. HANNA

By her Attorneys,

John S. Foley Bar No. 2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas Clinton, Esq. and Kenneth Chiarello, Esq.**, Clinton & Muzyka, P.C., One Washington Mall Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.**, 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts, II, Esq.** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203, and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 29th day of November, 2005.

Avery/P0117