FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME.

C. A. No.: 01-588 S

**CLAIMANT'S MOTION**
**TO EXCEED PAGE LIMITATIONS**
**SET FORTH IN GENERAL ORDER 2002-01**

Claimant Kimberly M. Hanna hereby moves this Court for an order, pursuant to General Order 2002-01, permitting her to exceed the page limitations set forth in said Order with respect to a reply memorandum and exhibit to be submitted in further support of her motion to approve a settlement she has reached with petitioner. In support of this motion, claimant states that she intends to file a reply memorandum responding to issues raised by petitioner in its "opposition" to claimant's motion to approve the settlement. Since claimant filed her motion, there have been some minor changes to the supplemental needs trust being proposed as part of the settlement, and claimant seeks leave to attach this 21-page document as an exhibit to her reply memorandum, in order that the trust document in its final proposed form be part of the record of claimant's motion.

For these reasons, Mrs. Hanna respectfully requests permission to exceed the page limitations for exhibits to memoranda set forth in General Order 2002-01.

GRANTED
WmS
William E. Smith
U.S. District Judge
12/1/05