**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**CLAIMANT'S SUPPLEMENTAL REPLY MEMORANDUM IN RESPONSE TO PETITIONER'S OPPOSITION TO CLAIMANT'S MOTION TO APPROVE SETTLEMENT**

In order to obviate petitioner's concern that some type of guardianship court approval might be necessary in order to establish and fund the proposed supplemental needs trust for Jamie, claimant petitioned Jamie's current guardianship court in Florida to approve the settlement and authorize her to take whatever steps are necessary to consummate the settlement and establish and fund both Jamie's Medicare set aside arrangement and his supplemental needs trust. A copy of the Order Approving Settlement entered by the guardianship court on December 2, 2005 is attached hereto. Since this order approves the settlement and authorizes claimant to establish and fund the Medicare set aside arrangement and the supplemental needs trust, consistent with the report of Jamie's guardian *ad litem* filed with this Court, any issue that may have existed regarding the necessity of guardianship court approval has now been eliminated.

Respectfully submitted,

CLAIMANT
KIMBERLY M. HANNA
By her Attorneys,

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone: (401) 272-1110
Facsimile: (401) 351-6641

John W. Merting
(Pro hac vice)
Law Offices of John W. Merting, P.A.
Suite 39 – Harbourtown
913 Gulf Breeze Parkway
Gulf Breeze, FL 32561
Telephone: (850) 916-9645
Facsimile: (850) 916-9787

Andrew V. Buchsbaum
(Pro hac vice)
Friedman & James LLP
132 Nassau Street, Suite 900
New York, NY 10038
Telephone: (212) 233-9385
Facsimile: (212) 619-2340

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203, and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 5th day of December, 2005.

[signature]

Avery P118

**IN THE CIRCUIT COURT IN AND FOR OKALOOSA COUNTY, FLORIDA**
**PROBATE DIVISION**

IN RE: THE GUARDIANSHIP OF
JAMES MARTIN AVERY
(alleged incapacitated person)
_______________________________/

FILE NO: 02-355-MHS
02-356-GNS

**ORDER APPROVING SETTLEMENT**

On the petition of KIMBERLY MOODY HANNA, duly appointed plenary guardian of the person and the property of James Martin Avery (the ward), for an order approving a settlement of her claims against RJF International Corporation arising out of injuries suffered by the Ward in an incident that occurred on August 11, 2001, it is

ADJUDGED as follows:

1. The settlement as set forth in the guardian's Petition for Order Approving Settlement Approving is approved;

2. The guardian is hereby authorized to take all steps necessary to consummate the settlement consistent with the Report and Recommendation of the Guardian Ad Litem for James M. Avery, rendered by William A. Poore, previously filed in Petition of RJF International Corporation for Exoneration from or Limitation of Liability, Civil and Maritime, Case No. 01-588S, United States District Court for the District of Rhode Island, including but not limited to the execution of such documents as are necessary to consummate the settlement and to establish the MSA and the Supplemental Needs Trust;

3. The guardian is authorized to make all necessary and appropriate transfers of settlement funds into the MSA and the Supplemental Needs Trust.

DONE AND ORDERED this 2 day of December, 2005.

CERTIFIED A TRUE AND CORRECT COPY
DON W. HOWARD
CLERK CIRCUIT COURT
BY: DEPUTY CLERK
DATE 12.2.05

Circuit Judge

COPY

CLERK'S CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the following addresses this 2nd day of December, 2005:

H. BART FLEET
1201 Eglin Parkway
Shalimar, FL 32579

Tracy Strom
204 Buck Rd. NE
Ft. Walton Beach, FL 32548

Kimberly Hanna
8 Hiawatha Rd.
Buzzards Bay, MA 02532

John W. Merting
913 Gulf Breeze Pkwy
Suite 39
Gulf Breeze, FL 32561

DON W. HOWARD CLERK OF CIRCUIT COURT

BY: ______
Deputy Clerk