**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. NO. 01-588 S

**ORDER APPROVING SETTLEMENT**

Claimant's Motion to Approve Settlement and the Report and Recommendation of the guardian ad litem came on to be heard before this Court on December 7, 2005. After hearing thereon and in consideration thereof, claimant's motion is granted and it is hereby ORDERED:

1. The settlement of all claims between claimant Kimberly M. Hanna and petitioner arising out of injuries suffered by James M. Avery on August 11, 2001 for a payment of $5,400,000.00, and $1,853,770.69 for maintenance and cure previously paid, for a total of $7,253,770.69, is approved;

2. The parties are authorized to execute a Release and Settlement Agreement in the form as agreed between the parties, which shall be executed within seven (7) days of the entry of this order; the settlement check shall be made payable to Kimberly Moody Hanna, plenary guardian of the person and property of James Martin Avery, and John W. Merting, P.A., and shall be tendered to counsel for claimant within fourteen (14) days of the delivery of the Release and Settlement Agreement and dismissal stipulations.

3. The parties shall execute stipulations dismissing with prejudice this limitation of liability proceeding and the personal injury case filed by claimant in Newport County Superior Court, within one week of the entry of this order;

4. The Court approves and directs the establishment of a supplemental needs trust for Avery under 42 U.S.C. §1396p(d)(4)(A), in the form as attached as Exhibit A to claimant's Reply Memorandum, so as to preserve his eligibility for Medicaid benefits;

5. The Court approves and directs the establishment of a Medicare Set Aside Arrangement ("MSA"), as described in claimant's memorandum and in accordance with the requirements of the Centers for Medicare and Medicaid Services, so as to preserve Avery's eligibility for Medicare benefits;

6. The Court approves and directs payment of attorneys fees and reimbursement of litigation costs and expenses incurred, as set forth in claimant's memorandum;

7. The guardian ad litem is discharged from any further responsibilities in this matter;

8. The limitation bond filed by petitioner herein is discharged.

Submitted by:

John S. Foley #2060
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903
Telephone (401) 272-1110
Facsimile (401) 351-6641

John W. Merting
(Pro hac vice)
Law Offices of John W. Merting, P.A.
Suite 39 – Harbourtown
913 Gulf Breeze Parkway
Gulf Breeze, FL 32561
Telephone (850) 916-9645
Facsimile (850) 916-9787

Andrew V. Buchsbaum
(Pro hac vice)
Friedman & James LLP
132 Nassau Street, Suite 900
New York, NY 10038
Telephone (212) 233-9385
Facsimile (212) 619-2340

Approved as to form:

Thomas E. Clinton

Thomas E. Clinton
Kenneth E. Chiarello
(Pro hac vice)
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
Telephone: (617) 723-9165
Facsimile: (617) 720-3489

So Ordered:

Honorable William E. Smith
Dated: December 12, 2005

## CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts, II, Esq.** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203, and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 8th day of December, 2005.

[signature]

Avery P112