UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE PETITION OF RJF INTERNATIONAL CORPORATION FOR EXONERATION FROM OR LIMITATION OF LIABILITY CIVIL AND MARITIME : NO. 01 CV 588 S

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

John S. Foley, Esq.
Decof & Decof
One Smith Hill
Providence, RI 02903

John W. Merting, Esq.
913 Gulf Breeze Parkway, Ste. 39
Suite 39 – Harbourtown
Gulf Breeze, FL 32561

Andrew V. Buchsbaum, Esq.
132 Nassau Street, Ste. 900
New York, NY 10038

Thomas E. Clinton, Esq.
Clinton & Muzyka
One Washington Mall, Ste. 1400
Boston, MA 02108

Michael R. Hagopian, Esq.
212 Greenwich Avenue
Warwick, RI 02886

Dennis J. Roberts II, Esq.
40 Westminster St., Ste. 305
Providence, RI 02903

Dated: January 18, 2005

FILED
DEC 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/30/05

# CERTIFICATION

I hereby certify that a true and accurate copy of the within document was sent by regular mail, postage prepaid, from Decof & Decof, P.C., One Smith Hill, Providence, RI 02903, to **Thomas E. Clinton, Esq. and Kenneth M. Chiarello, Esq.,** Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; **Michael R. Hagopian, Esq.,** 212 Greenwich Avenue, Warwick, RI 02886; **Dennis J. Roberts II, Esq.** 40 Westminster Street, Suite 305, Providence, RI 02903; **Anthony DiGioia, Esq.**, Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; **Clifford Pierce, Esq.**, Assistant Regional Counsel, U.S. Department of Health and Human Services, 2250 John F. Kennedy Federal Building, Government Center, Boston, MA 02203, and **William A. Poore, Esq.**, Poore & Rosenbaum, Commerce Center, 30 Exchange Terrace, Providence, RI 02901-1117 on the 29th day of December, 2005.

Linda M [signature]