RJF International
Petitioner

CA01-588S

FILED
FEB
DISTRICT OF RHODE ISLAND

VS:

Kimberly Hanna
Claimant

## EXHIBIT RECEIPT

Claimant's exhibits A through Q

Lisa Correia
~~Attorney~~

Deputy clerk