RJF International
Petitioner

VS: ~~CR04-14-01S~~ CA01-588

Kimberly Hanna
Claimant

# EXHIBIT RECEIPT

Petitioner's exhibits 1 through 7
Joint Exhibit Books I, II and III
Video Tapes 1, 2, 4A and 4B

Attorney Robert E. Collins, Esq.

Deputy clerk